IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

       Plaintiff,

vs.                                                           No.   1:16-CV-00162 KG/KK

ZOE TILLER; E.T., a minor;
B.T., a minor; T.T., a minor and
DOES 1 to 5,

       Defendants.

### AMENDED ORDER GRANTING MOTION FOR DISTRIBUTION OF INTERPLEADED PROCEEDS (DOC. 23)

THIS MATTER comes before the Court on the motion of Zoe Tiller, Conservator for E.T., a minor; B.T., a minor; and T.T., a minor, for distribution of the interpleaded proceeds in this case. Upon consideration of the motion, and the exhibit submitted by the Conservator, including the report of the Guardian ad Litem, Kenneth Leach, the Court FINDS that the proposed distribution is appropriate, and that the interpleader proceeds shall be distributed to Zoe Tiller, Conservator for E.T., a minor; B.T., a minor; and T.T., a minor, to be utilized for their benefit in accordance with the judgment of the Conservator and following the recommendations of the Guardian ad Litem as set forth in the report filed with this Court. The Court concurs with the recommendation of Mr. Leach that a financial planner be engaged to assist and investing these proceeds prudently for the benefit of the children.

Proceeds may also be utilized for the payment of attorney fees in accordance with the fee agreements previously executed by the Conservator.

IT IS THEREFORE ORDERED that the principal amount of $95,071.20 deposited into the Court's Registry by American General Life Insurance Company on or about April 5, 2016, plus any accrued interest, shall be distributed to:

> Zoe R. Tiller, Conservator for
> E.T., B.T. and T.T., minor children
> SSN: 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
> c/o Ray Twohig
> 8998 Rio Grande Blvd., N.W.
> Albuquerque, NM 87114

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Ray Twohig

_____
Ray Twohig
Attorney for Defendants